# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

GERALDINE BLACKMAN, et al.,

    Plaintiffs,

v.                                            CASE NO.  4:05cv137-RH/WCS

W. H. CLEANERS, INC., etc.,

    Defendant.

_____/

## ORDER SETTING ATTORNEY'S FEE AND COST PROCEDURES

As set forth on the record at the conclusion of the trial on February 13, 2006,

IT IS ORDERED:

Plaintiffs are determined under Local Rule 54.1 to be prevailing parties entitled to an award of attorney's fees.  The deadline for plaintiffs to move for attorney's fees and costs is extended to March 15, 2006.  Motions for attorney's fees and costs shall be supported by materials sufficient to allow a determination

of the amount of fees and costs properly recoverable. Except to that extent, the remaining procedures mandated by Local Rule 54.1 are abrogated.

    SO ORDERED this 24th day of February, 2006.

<u>s/Robert L. Hinkle</u><br>
Chief United States District Judge